IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OWEN JOHNSON, | : | |
|     Petitioner, | : | 1:17-cv-0768 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| CRAIG A. LOWE, | : | |
|     Respondent. | : | |

## **ORDER**

**May 3, 2017**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with this Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED without prejudice.

2. As of the date of this order, ICE shall treat the petition for writ of habeas corpus as a request for release under 8 C.F.R. §§ 241.13. ICE shall provide Petitioner with a response to his request within thirty days.

3. The Clerk of Court is directed to CLOSE this case.

                                                                       s/ John E. Jones III
                                                                       John E. Jones III
                                                                        United States District Judge